# Order

**Michigan Supreme
Court
Lansing, Michigan**

February 4, 2015

Robert P. Young, Jr.,
Chief Justice

148674(85)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWQUANDA BOROM,
      Defendant-Appellant.

_____/

SC: 148674
COA: 313750
Wayne CC: 12-004559-FC

On order of the Court, the motion for clarification is considered, and it is DENIED.

BERNSTEIN, J., not participating.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015

_____